1 Laura E. Krank
Attorney at Law: 220208
2 Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 Long Beach, CA 90802
Tel.: (562)437-7006
4 Fax: (562)432-2935
E-mail: Laura_kr.office@speakeasy.net
5
Attorneys for Plaintiff
6 Cecil T. McClain

7

8                UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                        WESTERN DIVISION

10

11
   CECIL T. MCCLAIN,           )  Case No.: CV 10-2864 PLA
12                                          )
         Plaintiff,           )  ~~[PROPOSED]~~/ ORDER OF
13                                          )  DISMISSAL
   vs.                             )
14                                          )
   MICHAEL J. ASTRUE,        )
15    Commissioner of Social Security, )
                                       )
16          Defendant.           )
                                       )
17 _____)

18
      The above captioned matter is dismissed with prejudice, each party to bear
19
its own fees, costs, and expenses.
20
      IT IS SO ORDERED.
21
DATE: 12/14/10
22
                                   _____
                                   THE HONORABLE PAUL L. ABRAMS
23                                    UNITED STATES MAGISTRATE JUDGE

24

25

26